COM.

v.

**GALLIK, J.**

**1942 WDA 2016**

Superior Court of Pennsylvania.

09/25/2017

CP–42–CR–0000199–2013

(McKean)

Affirmed

COM.

v.

**QUINONES, C.**

**2661 EDA 2015**

Superior Court of Pennsylvania.

09/26/2017

CP–39–CR–0003123–2014 (Lehigh)

Affirmed

COM.

v.

**RIGGINS, R.**

**37 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–51–CR–0011009–2013

CP–51–CR–0012347–2013

CP–51–CR–0012349–2013

CP–51–CR–0012351–2013

CP–51–CR–0012352–2003

CP–51–CR–0013662–2013

(Philadelphia)

Remanded Jurisdiction Retained

**OCWEN LOAN SERVICING**

v.

**GANGADEEN, S.**

**723 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

No. 2011–10742 (Monroe)

Affirmed

COM.

v.

**ELLISON, S.**

**743 EDA 2016**

Superior Court of Pennsylvania.

09/26/2017

CP–23–CR–0000167–2014 (Delaware)

Affirmed